**719**

Anthony JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34672.

Missouri Court of Appeals,
Western District.

Jan. 31, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
March 27, 1984.

Russell C. Still, Columbia, for appellant.

John Ashcroft, Atty. Gen., and John M.
Morris, Asst. Atty. Gen., Jefferson City,
for respondent.

Before PRITCHARD, P.J., and MAN-
FORD and NUGENT, JJ.

ORDER

PER CURIAM:

This is a direct appeal from the denial of
post-conviction relief pursuant to Rule 27.-
26.

The judgment is affirmed. Rule 84.16(b).

Ingeborg Margarete LOTZ,
Plaintiff/Appellant,

v.

Jerry L. LOTZ, Respondent/Movant.

No. WD 34806.

Missouri Court of Appeals,
Western District.

Feb. 7, 1984.

Motion For Rehearing and/or Transfer to
Supreme Court Overruled and Denied
March 27, 1984.

Robert B. Paden, Maysville, for plain-
tiff/appellant.

Patrick K. Robb, St. Joseph, for respon-
dent/movant.

Before SHANGLER, P.J., and KENNE-
DY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from a judgment of the Circuit
Court of Caldwell County, transferring cus-
tody of minor child from its Mother (Appel-
lant) to the Father (Movant/Respondent).

Affirmed. Rule 84.16(b).